THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEFORCHE CONSTRUCT, CO, *et al.*,<br><br>Defendants. | CASE NO. C18-1486-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave for Defendants Zurich American Insurance Company, Fidelity and Deposit Company of Maryland, Berkshire Hathaway Specialty Insurance Company, Federal Insurance Company, The Continental Insurance Company, and Liberty Mutual Insurance Company ("Defendant Sureties") to file an amended answer (Dkt. No. 29). The motion is GRANTED. Defendant Sureties shall file their amended answer by April 19, 2019.

//

//

//

1       DATED this 5th day of April 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk